**No. 10-6119. Eldon G. Tinsley, Petitioner v. Larry Denney, Warden.**

562 U.S. 986, 131 S. Ct. 424, 178 L. Ed. 2d 331, 2010 U.S. LEXIS 8216.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-6120. Donald Winnett, Petitioner v. Saline County Jail, et al.**

562 U.S. 986, 131 S. Ct. 424, 178 L. Ed. 2d 331, 2010 U.S. LEXIS 8136,

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 372 Fed. Appx. 688.

**No. 10-6121. Melvin J. Thomas, Petitioner v. D. K. Sisto, Warden.**

562 U.S. 986, 131 S. Ct. 424, 178 L. Ed. 2d 331, 2010 U.S. LEXIS 8167.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 376 Fed. Appx. 667.

**No. 10-6147. Parneal Tyrone Hall, Petitioner v. Derrick L. Ollison, Warden.**

562 U.S. 986, 131 S. Ct. 424, 178 L. Ed. 2d 331, 2010 U.S. LEXIS 8132.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6150. Vincent Lee Foreman, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.**

562 U.S. 986, 131 S. Ct. 425, 178 L. Ed. 2d 331, 2010 U.S. LEXIS 8228.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 366 Fed. Appx. 468.

**No. 10-6151. Reginald C. Haupt, Jr., Petitioner v. Tamala Brown, Warden.**

562 U.S. 986, 131 S. Ct. 425, 178 L. Ed. 2d 331, 2010 U.S. LEXIS 8165.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-6154. Kweku Hanson, Petitioner v. Connecticut.**

562 U.S. 986, 131 S. Ct. 425, 178 L. Ed. 2d 331, 2010 U.S. LEXIS 8130.

October 18, 2010. Petition for writ of certiorari to the Appellate Court of Connecticut denied.

Same case below, 117 Conn. App. 436, 979 A.2d 576.

**No. 10-6164. Mihaela Illiana Popa, Petitioner v. PricewaterhouseCoopers LLP.**

562 U.S. 986, 131 S. Ct. 425, 178 L. Ed. 2d 331, 2010 U.S. LEXIS 8212.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.